UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-7211 MCS (PVC)                    Date: June 30, 2026

Title      Demetrize Hamilton v. Robert Gluna, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|            Marlene Ramirez            |            None            |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| :---: | :---: |
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PAY AN INITIAL FILING FEE**

The Court granted Plaintiff Demetrize Hamilton's request to proceed without prepayment of filing fees on September 5, 2025.  (Dkt. No. 6).  That Order required payment of an initial partial filing fee of $2.62 by October 5, 2025.  (*Id.*).  To date, Plaintiff has made no such payment.  A court may dismiss a case because of a plaintiff's failure to pay required fees. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995). Plaintiff is ORDERED to pay or provide a sufficient explanation as to why he cannot pay the $2.62 initial partial filing fee within thirty days of this Order.  Failure to comply may result in dismissal. *McGuire v. United States*, No. EDCV182370, 2019 WL 1585199, at *1 (C.D. Cal. Apr. 12, 2019) ("Dismissal is also appropriate when a prisoner fails to respond to an order to show cause concerning his failure to pay the filing fee.").

IT IS SO ORDERED.

|  | 00:00 |
| ---: | :---: |
| **Initials of Preparer** | mr |