JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEMETRIZE HAMILTON,

Plaintiff,

v.

ROBERT GLUNA, et al.,

Defendants.

Case No. CV 25-7211 MCS (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 11, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE